[No. 49328-1-I.   Division One.   August 26, 2002.]

GREGORY AMUNRUD, *Appellant*, v. FIRE & CASUALTY INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-24378-1, Palmer Robinson, J., entered September 26, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 26623-7-II.   Division Two.   August 30, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TOMMY OWEN HARTZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-03437-9, Marywave Van Deren, J., entered November 2, 2000. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 26742-0-II.   Division Two.   August 30, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS EUGENE GRASSER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-1-00721-1, James E. Warme, J., entered November 28, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Houghton, JJ.

[No. 27238-5-II.   Division Two.   August 30, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CULLEN LYLE WICK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-03299-6, Brian M. Tollefson, J., entered March 21, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Bridgewater, JJ.